**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
# IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| vs. | Case No. 2:16-CV-1130-DS |
| COLOR COUNTRY LUBES, INC., a Utah Limited Liability Company Doing Business As JIFFY LUBE 2796, JOAN HILL PRICE, An Individual, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Judge David Sam |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carolyn Ford, by and through undersigned counsel, voluntarily dismisses Defendants Color Country Lubes, Inc., and Joan Hill Price with prejudice. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

1

DATED this 5th day of January, 2017.

                                    FORD & CRANE PLLC

                                    /s/ Matthew B. Crane
                                    Matthew B. Crane (UTB# 13909)
                                    *Attorney for Plaintiff Carolyn Ford*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 5th day of January, 2017, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

                                    /s/ Matthew B. Crane